## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: August 18, 2021  
Index #   1:21-cv-06890-JPO

---

*Edwin Cala., et al, Individually and on Behalf of Others Similarly Situated*   Plaintiff

against

*Buena Vista Tortillas Corp d/b/a Buena Vista Tortillas Corporation ., et al*   Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY   SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____September 13, 2021_____, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint Collective Action Under 29 U.S.C §216(b), and Demand By Employee to Inspect Share Records and Minutes Pursuant to Section 624 of The New York State Business Corporation Law   on

_____Buena Vista Tortillas Corp_____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _306 Business Corporation Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:   Approx. Age: _55-60_   Approx. Wt: _125lbs_   Approx. Ht: _5'1_  
Color of skin: _White_   Hair color: _Red/Blonde_   Sex: _Female_   Other: _____

Sworn to before me on this  
__13th__ day of September 2021

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2022

James Perone  
**Attny's File No.**  
Invoice•Work Order # S1865301

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**