UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK     Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C. - 2371

EDWIN CALA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED

                                                    Plaintiff(s)

                        -against-

BUENA VISTA TORTILLAS CORP. ETAL

                                                    Defendant(s)

Index #: 1:21-CV-06890-JPO

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CECIL HOLLOWAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on September 30, 2021 at 01:25 PM at

C/O BUENA VISTA TORTILLAS CORPORATION
344 MANIDA STREET
BRONX, NY 10474



deponent served the within true copy/copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT, NOTICE OF INTENTION TO ENFORCE SHAREHOLDER LIABILITY FOR SERVICES RENDERED on MICHAELA VARGAS, the defendant/respondent therein named,

**SUITABLE AGE**
by delivering thereat a true copy/copies of each to MS. JENNIFER a person of suitable age and discretion. Said premises is the  defendant's/respondent's actual place of business within the state. She identified herself as the CO-WORKER of the  defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| FEMALE | TAN | BLACK | 26 | 5'1 | 140 |

**MAILING**
Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the  defendant's/respondent's actual place of business at

C/O BUENA VISTA TORTILLAS CORPORATION
344 MANIDA STREET
BRONX, NY 10474

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 1, 2021 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**
Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on:  October 1, 2021

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2025

Gotham Process Inc.
299 Broadway
New York NY  10007

CECIL HOLLOWAY
License #: 1104105

Docket #:        *1198116*