# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: August 18, 2021  
Index # 1:21-cv-06890-JPO

*Edwin Cala., et al, Individually and on Behalf of Others Similarly Situated* — Plaintiff

against

*Buena Vista Tortillas Corp d/b/a Buena Vista Tortillas Corporation ., et al* — Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY   SS.:

__James Perone__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __September 13, 2021__, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint Collective Action Under 29 U.S.C §216(b), and Demand By Employee to Inspect Share Records and Minutes Pursuant to Section 624 of The New York State Business Corporation Law and Amended Complaint on

__Buena Vista Tortillas Corp__, the Defendant in this action, by delivering to and leaving with __Sue Zouky__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__  Approx. Wt: __125lbs__  Approx. Ht: __5'1__  
Color of skin: __White__  Hair color: __Red/Blonde__  Sex: __Female__  Other: ____

Sworn to before me on this  
__20th__ day of April 2022

HEATHER MORIGERATO  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01MO6261464  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES MAY 14, 2024

James Perone  
**Attny's File No.**  
Invoice•Work Order # S1865301

*SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201*