UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EDWIN CALA, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

-against-

BUENA VISTA TORTILLAS CORP. (D/B/A BUENA VISTA TORTILLAS CORPORATION), NOE BALTAZAR, and MICHAELA VARGAS,

                *Defendants.*
-------------------------------------------------------X

Case: 21-CV-6890

**CERTIFICATE OF DEFAULT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2022

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 16, 2021 with the filing of a summons and complaint; that an amended complaint was filed on August 17, 2021, that a copy of the summons and amended complaint was served, pursuant to Fed. R. Civ. P. 4(e)(1), on Defendant Noe Baltazar on September 30, 2021 by personally leaving a copy with Ms. Jennifer, a person of suitable age and discretion, who identified herself as a coworker and depositing true copies of the same in a post office or official depository under exclusive care and custody of the U.S. Postal Service within New York State on September 30, 2021 by regular first class mail; and proof of such service on the said Defendant was filed on April 8, 2022. (Dkt. No. 32)

    I further certify that the docket entries indicate that the above named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Noe Baltazar is hereby noted.

Dated: New York, NY
May 26, 2022

RUBY J. KRAJICK
CLERK OF COURT

BY _____
        Deputy Clerk