UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EDWIN CALA, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

BUENA VISTA TORTILLAS CORP. (D/B/A BUENA VISTA TORTILLAS CORPORATION), NOE BALTAZAR, and MICHAELA VARGAS,

                *Defendants.*
-------------------------------------------------------X

Case: 21-CV-6890

**CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 16, 2021 with the filing of a summons and complaint; that an amended complaint was filed on August 17, 2021; that a copy of the summons and amended complaint was served, pursuant to Fed. R. Civ. P. 4(e)(1), on Defendant Buena Vista Tortillas Corp. on September 13, 2021 by personally serving Sue Zouky, an authorized agent in the office of the Secretary of New York pursuant to N.Y. C.P.L.R. § 311(a)(1) and N.Y. B.C.L. § 306(b)(1); and proof of such service on the said Defendant was filed on May 10, 2022. (Dkt. No. 33)

I further certify that the docket entries indicate that the above named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Buena Vista Tortillas Corp. is hereby noted.

Dated: New York, New York
      May _22_, 2022

**RUBY J. KRAJICK**
**CLERK OF COURT**

BY _____
      Deputy Clerk