UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN CALA, *individually and on behalf of others similarly situated*,<br><br>       *Plaintiffs*,<br><br>-against-<br><br>BUENA VISTA TORTILLAS CORP. (D/B/A BUENA VISTA TORTILLAS CORPORATION), NOE BALTAZAR, and MICHAELA VARGAS,<br><br>       Defendants. | Case No. 1:21-cv-6890<br><br>**PROPOSED JUDGMENT BY DEFAULT** |

On August 16, 2021, this action was commenced by Plaintiff's filing of the Complaint. (Dkt. No. 1). An Amended Complaint was filed on August 17, 2021. The summons and Amended Complaint in this action having been duly served on the Defendants Buena Vista Tortillas Corp. (d/b/a Buena Vista Tortillas Corporation), Noe Baltazar, and Michaela Vargas, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiff, it is hereby ORDERED, ADJUDGED AND DECREED:

That Plaintiff Edwin Cala has judgment jointly and severally against the Defendants Buena Vista Tortillas Corp. (d/b/a Buena Vista Tortillas Corporation), Noe Baltazar, and Michaela Vargas by default, in the amount of $140,693.00 including compensatory damages and permissible liquidated damages and prejudgment interest, all computed as provided in 28 U.S.C. § 1961(a):

That the Plaintiff is awarded attorney's fees in the amount of $2,645.50 and costs in the amount of $627.00, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is awarded post-judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:       New York, New York
             _____, 2022

_____
J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE