UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDWIN CALA,

                      Plaintiff,

    -against-                                   21 **CIVIL** 6890(JPO)

**DEFAULT JUDGMENT**

BUENA VISTA TORTILLAS CORP., et al.,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 20, 2023, Cala's motion for default judgment is GRANTED. The Clerk of Court is directed to enter judgment in accordance with the foregoing; accordingly, the case is closed.

**Dated:** New York, New York

      March 20, 2023

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                           **Clerk of Court**

                                 **BY:**      _____
                                                            **Deputy Clerk**